Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd., #725 E.
Los Angeles, CA 90010
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LAWRENCE,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIVE9, INC., MICHAEL BURDIEK, DAVID DEWALT, SUSAN BARSAMIAN, JACK ACOSTA, ROWAN TROLLOPE, DAVID WELSH, KIMBERLY ALEXY, MICHAEL BURKLAND, ROBERT ZOLLARS, and ANA PINCZUK,<br><br>            Defendants. | Case No.  3:21-cv-07002-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Richard Lawrence ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

Dated: October 11, 2021

**WEISSLAW LLP**

By: */s/ Joel E. Elkins*

Joel E. Elkins
9100 Wilshire Blvd., # 725 E.
Los Angeles, CA 90010
Telephone:  310/208-2800
Facsimile:   310/209-2348
        -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL